IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**VICTOR VELEZ, SR.**<br>**A/K/A VICTOR VELEZ URDAZ, SR.**<br>**Debtors** | BK. No. 17-11659-ref<br><br>Chapter No. 13 |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3**<br>**Movant**<br>v.<br>**VICTOR VELEZ, SR.**<br>**A/K/A VICTOR VELEZ URDAZ, SR.**<br>**ELINETTE VALENTIN (Co-Debtor)**<br>**Respondents** | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

     **AND NOW**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3** (Movant), it is:

     **ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 913 S. 10TH ST, ALLENTOWN, PA 18103 N/K/A 913 S 10TH STREET, ALLENTOWN, PA 18103-3105(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted.

**Date: January 22, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

| | |
|---|---|
| FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)<br>2901 ST. LAWRENCE AVENUE,<br>P.O. BOX 4010<br>READING, PA 19606 | ELINETTE VALENTIN<br>913 SOUTH 10TH STREET<br>ALLENTOWN, PA 18103-3105 |
| ZACHARY ZAWARSKI, ESQUIRE<br>3001 Easton Avenue<br>Bethlehem, PA 18017 | THE UNITED STATES OF AMERICA C/O THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF PA<br>615 CHESTNUT STREET, SUITE 1250<br>PHILADELPHIA, PA 19106-4404 |
| UNITED STATES TRUSTEE<br>833 CHESTNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19107 | VICTOR VELEZ<br>913 SOUTH 10TH STREET<br>ALLENTOWN, PA 18103-3105 |